# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                         : CHAPTER 11
                                              :
LAGUARDIA ASSOCIATES, L.P.                    :
            DEBTOR(S)                         : BANKRUPTCY NO.  11-19334 SR

_____

## ORDER

**AND NOW,** upon consideration of the Objection of Debtor and the Official Committee of Unsecured Creditors to Claim Number 43-1 Filed By C-III Asset Management, LLC, As Special Servicer For Wells Fargo Bank, N.A., As Trustee, all responses filed thereto, and after an evidentiary hearing held November 28, 2012, it is hereby:

**ORDERED,** that for the reasons contained in the within Opinion, the Debtor's Objection to the prepayment fee component of the Claim of Wells Fargo is sustained, and that portion of the claim is disallowed.

By the Court:

_____
Stephen Raslavich
Chief, U.S. Bankruptcy Judge

Dated:  December 5, 2012

Interested Parties:

Jami B. Nimeroff, Esquire
Two Commerce Square, Suite 3420
2001 Market Street
Philadelphia, PA 19103

Brett D. Anders, Esquire
David D. Ferguson, Esquire
700 West 47th Street, Suite 1000
Kansas City, Missouri 64112

Lawrence G. McMichael, Esquire
Jennifer L. Maleski, Esquire
Meryl B. Vinocur, Esquire
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

Ashely M. Chan, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square
27th Floor
Philadelphia, PA 19103

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich